## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

PAULA LOWTHER,                    )
                                  )
      Plaintiff,                  )
                                  )
v.                                )        Case No. CIV-24-1206-SLP
                                  )
MARTEN TRANSPORT, LTD and         )
THOMAS DOSTER,                    )
                                  )
      Defendants.                 )

## **O R D E R**

As set forth in the Joint Status Report and Discovery Plan, the parties indicate they consent to trial by magistrate judge. *See* [Doc. No. 8] ¶ 13. Pursuant to Local Civil Rule 73.1(a), magistrate judges may "exercise the authority and jurisdiction provided by 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 to conduct any or all proceedings in a jury or non-jury civil matter and to order the entry of judgment in the case."

The Court directs the parties to file a joint notice with the Court indicating whether they jointly consent to the disposition of this case, for all purposes, by a United States magistrate judge pursuant to 28 U.S.C. § 636(c). The parties are advised that no adverse consequences will arise if they decide to withhold their consent to proceed by magistrate judge. The parties shall file their joint notice within 7 days of the date of this Order.

IT IS SO ORDERED this 21st day of January, 2025.

SCOTT L. PALK
**UNITED STATES DISTRICT JUDGE**